UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BECKY W. KARIUKE,<br><br>    Plaintiff,<br><br>        vs.<br><br>DOUGLAS NISSAN, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   **2:10-cv-1521-RLH-PAL**<br>)<br>)<br>)<br>)<br>) |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED that this action is hereby dismissed without prejudice as to **all defendants**.

Dated:  October 19, 2011

_____
ROGER L. HUNT
UNITED STATES DISTRICT JUDGE